[No. 9096-1-II. Division Two. July 28, 1987.]

WALTER W. COPLAND, *Appellant*, v. THE CITY OF TACOMA, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84-2-05869-8, William L. Brown, Jr., J.,

entered July 29, 1985. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrich and Alexander, JJ.